PFIZER, INC. *v.* SARAH MCGIRR ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Gilbert Shasha,* in support of the petition.

*Susan B. Handy,* in opposition.

Decided July 10, 1987

THOMAS V. CRISTOFARO *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BURLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 260, is denied.

*Edward F. Scully,* in support of the petition.

*Charles W. Bauer,* in opposition.

Decided July 16, 1987

JANICE GOOLD *v.* PETER GOOLD

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 268, is denied.

*Gaetano Ferro,* in support of the petition.

*Ellen B. Wells,* in opposition.

Decided July 16, 1987